IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FRADARIO BRIM,

    Plaintiff,

v.

Case No. 18-cv-24-jdp

CHRISTOPHER STEVENS, JAY VAN LANEN, WILLIAM SWIEKATOWSKI, JOHN KIND, SCOTT ECKSTEIN, CATHY FRANCOIS, AMY ZIRBEL, JIM SCHWOCHERT AND REBECCA PAULSON,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 4/4/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |